**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Richmond Division**

WILLIAM THORPE, *et al.*,

      Plaintiffs,

v.                                                                    CASE NO.  3:19cv00332

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

      Defendants.

## RULE 12 MOTION TO DISMISS

COMES NOW Defendant Virginia Department of Corrections, pursuant to Rules 12(b)(1)

and 12(b)(6) of the *Federal Rules of Civil Procedure*, and moves this Court to dismiss the claims

against it.  Pursuant to Fed. R. Civ. P. 12(g), Defendant has consolidated its Rule 12 defenses

into this single motion.  The reasons in support of this motion are set forth in a separate

supporting memorandum, which is being contemporaneously-filed with the Court.

Respectfully submitted,

VIRGINIA DEPARTMENT OF CORRECTIONS,
Defendant.

By:           /s/
          Margaret Hoehl O'Shea, AAG, VSB #66611
          Attorney for Defendants
          Office of the Attorney General
          Criminal Justice & Public Safety Division
          202 North 9th Street
          Richmond, Virginia 23219
          (804) 225-2206
          (804) 786-4239 (Fax)
          Email:  moshea@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2019, I electronically filed the foregoing

Rule 12 Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will

send a notification of such filing (NEF) to the following:

>Alyson Michelle Cox (VSB #90646)
>Daniel Bernard Levin (pro hac vice)
>Kristen Jentsch McAhren (pro hac vice)
>Maxwell Kalmann (pro hac vice)
>Owen Pell (pro hac vice)
>Timothy Lawrence Wilson , Jr. (pro hac vice)
>White & Case LLP
>701 13th Street NW
>Washington, DC  20005-3807
>alyson.cox@whitecase.com
>
>Vishal Agraharkar (VSB #93265)
>Eden B. Heilman (VSB #93554)
>American Civil Liberties Union of Va.
>701 E. Franklin Street, Ste. 1412
>Richmond, VA  23219
>(804) 532-2151
>vagraharkar@acluva.org
>eheilman@acluva.org
>
>*Counsel for Plaintiffs*

And I hereby certify that I have mailed the document by United States Postal Service to the

following non-filing user:  N/A

/s/
Margaret Hoehl O'Shea, AAG, VSB #66611
Attorney for named Defendants
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-2206
(804) 786-4239 (Fax)
Email:  moshea@oag.state.va.us

2