AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| Thorpe, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-00007-JPJ-PMS |
| Virginia Department of Corrections, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Class Plaintiffs                                                                                                                       .

Date:      05/01/2020

/s/ Maxwell J. Kalmann
*Attorney's signature*

Maxwell J. Kalmann (D.C. Bar No. 1033899)
*Printed name and bar number*

White & Case LLP
701 13th Street NW
Washington, D.C. 20005
*Address*

maxwell.kalmann@whitecase.com
*E-mail address*

(202) 626-3600
*Telephone number*

(202) 639-9355
*FAX number*