UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

| | |
|---|---|
| WILLIAM THORPE, *et al.*, </br></br> Plaintiff, </br></br> v. </br></br> VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:20-cv-00007-JPJ-PMS |

**DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS'**
<u>**MOTION FOR LEAVE TO FILE SURREPLY BRIEF**</u>

To justify the filing of their proposed surreply brief, Plaintiffs variously characterize the arguments in Defendants' reply, Dkt. 78, as "new," "novel," and "not presented to the Magistrate Judge or in Defendants' Objections." *See* Dkt. 79 at 1–2; Dkt. 79-1 at 1. Although Defendants reject those characterizations, they do not oppose the relief sought by Plaintiffs if the Court concludes that further briefing from Plaintiffs would assist in its resolution of this matter.

Plaintiffs also indicate, however, that they "will separately move this Court for leave to file a reply in support of their single Objection to the Magistrate Judge's Report and Recommendation," Dkt. 79 at 1 n.1, in response to Defendants' opposition *filed more than two weeks ago*, Dkt. 74. Defendants reserve the right to oppose such a motion, given the untimeliness of a reply under Local Civil Rule 11(a).

October 20, 2020                                                      Respectfully submitted,

/s/ *Maya M. Eckstein*

1

| | |
|---|---|
| Mark R. Herring<br>*Attorney General of Virginia*<br><br>Margaret Hoehl O'Shea (VSB #66611)<br>Assistant Attorney General,<br>Criminal Justice & Public Safety Division<br><br>OFFICE OF THE ATTORNEY GENERAL<br>202 North Ninth Street<br>Richmond, VA 23219<br>Ph: (804) 786-2206 – Telephone<br>Fax: (804) 786-4239 – Facsimile<br>moshea@oag.state.va.us | Maya M. Eckstein (VSB #41413)<br>Trevor S. Cox (VSB #78396)<br>HUNTON ANDREWS KURTH LLP<br>951 E. Byrd St.<br>Richmond, VA 23219<br>Ph: (804) 788-8200<br>Fax: (804) 788-8218<br>meckstein@HuntonAK.com<br>tcox@HuntonAK.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB #41413)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com