FILED:  January 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 21-1714
(2:20-cv-00007-JPJ-PMS)

———————————————

WILLIAM THORPE; FREDERICK HAMMER; DMITRY KHAVKIN;
GERALD MCNABB; GARY WALL; VERNON BROOKS; BRIAN CAVITT;
DEREK CORNELISON; CHRISTOPHER COTTRELL; PETER MUKURIA;
STEVEN RIDDICK; KEVIN SNODGRASS

              Plaintiffs - Appellees

v.

HAROLD CLARKE; RANDALL C. MATHENA; H. SCOTT RICHESON; A.
DAVID ROBINSON; HENRY J. PONTON; MARCUS ELAM; DENISE
MALONE; DR. STEVE HERRICK; TORI RAIFORD; JEFFREY KISER; CARL
MANIS

              Defendants - Appellants

 and

VIRGINIA DEPARTMENT OF CORRECTIONS

              Defendant

------------------------------

PROFESSORS AND PRACTITIONERS OF PSYCHIATRY AND
PSYCHOLOGY; FORMER CORRECTIONS EXECUTIVES; RODERICK AND
SOLANGE MACARTHUR JUSTICE CENTER

              Amici Supporting Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk