# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

WILLIAM THORPE, *et al.*,

    *Plaintiffs*,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al*.,

    *Defendants*.

CASE NO. 2:20-cv-0007

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned counsel notices her appearance on behalf of Plaintiffs in the above-styled case. The undersigned respectfully requests that the Court, and all parties hereto, take notice of her appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

Dated: September 26, 2022

Respectfully submitted,

*/s/ Kathryn M. Ali*
Kathryn M. Ali (VSB No. 97966)
ALI & LOCKWOOD LLP
300 New Jersey Avenue N.W.
Washington, D.C. 20001
(202) 651-2476
katie.ali@alilockwood.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2022, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Kathryn M. Ali