IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| WILLIAM THORPE, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> VIRGINIA DEPARTMENT OF CORRECTIONS, *et al*., <br><br> *Defendants*. | Civil Case No. 2:20-cv-00007-JPJ-PMS |

## PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

Plaintiffs, William Thorpe, et al., respectfully move this Court for an Order compelling Defendant, the Virginia Department of Corrections, to produce certain documents and to answer certain interrogatories for the reasons set forth in the accompanying memorandum of law.

Dated: November 14, 2022

Respectfully submitted,

*/s/ Tara M. Lee*
Tara M. Lee (VSB No. 71594)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
tara.lee@whitecase.com

Michael J. Gallagher (*pro hac*)
Michelle Letourneau-Belock
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020

(212) 819-8200
mgallagher@whitecase.com
michelle.letourneaubelock@whitecase.com

Kathryn Ali
ALI & LOCKWOOD LLP
300 New Jersey Avenue NW, Suite 900
Washington, D.C. 20001
(202) 651-2475
katie.ali@alilockwood.com

Vishal Agraharkar (VSB No. 93265)
Eden Heilman (VSB No. 93554)
American Civil Liberties Union
Foundation of Virginia
701 E. Franklin St., Suite 1412
Richmond, Virginia 23219
(804) 644-8022
vagraharkar@acluva.org
eheilman@acluva.org

*Counsel for Class Plaintiffs*