**VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.**

Deputy Clerk: Ella Surber

Court Security Officer:

Attorney

Megan Crowley
Jared Frisch
Matthew Phelps
Vishal Agraharkar
Michael Gallagher
Geri Greenspan
Michelle Letournau-Belock

Attorney

Dennis Fairbanks
Margaret O'Shea

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present for hearing by conference call regarding DE: 249 – Motion to Amend Scheduling Order and DE 232 – Motion to Take Deposition of Each Plaintiff – Court hears from counsel as to the motions; Motions taken under advisement; written order will be entered .

Time in court: 10:30-11:22 = 52 min