In the United States District Court for the Western District of Virginia, Big Stone Gap Division

Case No: 2:20CV00007

Dear Sir/Madam

As ajudicated by the Honorable James P. Jones His Order on April 12 2023 Certification of Classes i ask that my name be made into record as a member of the following (2) Two Class groups "Disabilities Damages Class " & Constitutional Violation Damages Class.

JaQuitha E. Camellia 1097269      4-19-23
SXII State Prison
24414 Musselwhite Drive
Waverly Va. 23891

JaQuittas E Camellia 1041269
VADOC CMDC
3521 Wood Way
State Farm Va. 23160

LEGAL
MAIL

UNITED STATES DISTRICT COURT
210 Franklin Rd SW Suite 510
Roanoke Va. 24011

24011-221499



RECEIVED
APR 2023
MAILROOM
SUSSEX II STATE PRISON

RECEIVED
05 01 2023
USDC Clerk's Office
Mail Room

The Virginia Department of Corrections has not inspected these items. Therefore The Virginia Department of Corrections DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS