**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF VIRGINIA**
**Big Stone Gap Division**

| | |
|---|---|
| WILLIAM THORPE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-00007-JPJ-PMS |
| ) | |
| VIRGINIA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered Defendants' Motion to Amend Scheduling Order, (Docket Item No. 319) ("Motion"), and the plaintiff's response in opposition, (Docket Item No. 327), the Motion is **GRANTED in part and DENIED in part**, and it is hereby **ORDERED** that the following amended schedule shall apply in this case:

| Event | Current Date | New Date |
|---|---|---|
| Defendants' Expert Reports Due | June 26, 2023 | July 3, 2023 |
| Plaintiffs' Rebuttal Expert Reports Due | July 26, 2023 | August 2, 2023 |
| Close of Expert Discovery | August 9, 2023 | August 16, 2023 |

All other dates remain unchanged as set forth in Docket No. 189 and 262.

**ENTERED:** June 9, 2023.

s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE