# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

WILLIAM THORPE, *et al.*,

    *Plaintiffs*,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,

    *Defendants*.

CASE NO. 2:20-cv-00007-JPJ-PMS

## ORDER

Having considered Defendants' motion to seal, (Docket Item No. 356) ("Motion"), and for good cause shown, and the requirements of Local Rule 9 and the decisions in *Ashcroft v. Conoco, Inc.,* 218 F.3d 288 (4th Cir. 2000) and *Stone v. Univ. of Maryland,* 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby **ORDERED** that Defendants' Brief in Opposition to Class Plaintiffs' Objection to Order Granting Defendants' Motion for Leave to File an Amended Answer and Exhibit 1 thereto be sealed is **GRANTED**. It is further **ORDERED** that the material provided to the Clerk by Defendants for sealing is sealed.

It is so **ORDERED**.

**ENTERED:** August 23, 2023.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE