### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF VIRGINIA
### Big Stone Gap Division

| | |
|---|---|
| WILLIAM THORPE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 2:20-cv-00007-JPJ-PMS <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants Virginia Department of Corrections ("VDOC"), Harold Clarke, Randall Mathena, H. Scott Richeson, David Robinson, Henry Ponton, Marcus Elam, Denise Malone, Steve Herrick, Tori Raiford, Jeffrey Kiser, and Carl Manis (collectively, "Defendants") move for summary judgment on Plaintiffs' claims on the ground that there is no genuine issue of material fact in dispute and Defendants are entitled to judgment as a matter of law as to each of Plaintiffs' claims for the reasons set forth in the attached Brief in Support of Motion for Summary Judgment and the accompanying exhibits. Defendants respectfully ask the Court to grant them summary judgment.

September 8, 2023                                           Respectfully submitted,

                                                                                         **/s/ *Maya M. Eckstein***

| | |
|---|---|
| Jason S. Miyares<br>*Attorney General of Virginia*<br><br>Margaret Hoehl O'Shea (VSB #66611)<br>Assistant Attorney General,<br>Criminal Justice & Public Safety Division<br><br>OFFICE OF THE ATTORNEY GENERAL<br>202 North Ninth Street<br>Richmond, VA 23219<br>Ph: (804) 786-2206<br>Fax: (804) 786-4239<br>moshea@oag.state.va.us | Maya M. Eckstein (VSB #41413)<br>Thomas R. Waskom (VSB #68761)<br>Trevor S. Cox (VSB #78396)<br>R. Dennis Fairbanks (VSB #90435)<br><br>HUNTON ANDREWS KURTH LLP<br>951 E. Byrd St.<br>Richmond, VA 23219<br>Ph: (804) 788-8200<br>Fax: (804) 788-8218<br>meckstein@HuntonAK.com<br>twaskom@HuntonAK.com<br>tcox@HuntonAK.com<br>dfairbanks@HuntonAK.com<br><br>*Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: <u>*/s/ Maya M. Eckstein*</u>
Maya M. Eckstein (VSB # 41413)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Defendants*