IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

WILLIAM THORPE, et al.,

               *Plaintiffs*,

     v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

               *Defendants*.

Civil Case No. 2:20-cv-00007-JPJ-PMS

**JOINT STIPULATION AND ORDER**

### JOINT STIPULATION OF DECERTIFICATION OF THE DISABILITIES INJUNCTION AND DISABILITIES DAMAGES CLASSES

WHEREAS, the Court certified and defined a Disabilities Injunction Class and a Disabilities Damages Class (collectively, "Disabilities Classes") pursuant to Federal Rule 23 in ECF No. 299;

WHEREAS, the Court, in ECF No. 358, amended the Class definition of, and certified the Disabilities Injunction Class as: "All persons who are currently, or will in the future, be confined at Red Onion or Wallens Ridge at the Level S or Level 6 security levels and subject to any phase of the Step-Down Program and who are or will in the future be classified at Mental Health Classification Code MH-2S or higher at the time of the Level S or Level 6 security level classification";

WHEREAS, the Court, in ECF No. 358, amended the Class definition of, and certified the Disabilities Damages Class as: "All persons who at any time from August 1, 2012, to the present that have been confined at Red Onion or Wallens Ridge at the Level S or Level 6 security levels and subject to any phase of the Step-Down Program and who are or were at the time of their Level S or Level 6 security level classification also classified at Mental Health Classification Code MH-2S or higher";

1

WHEREAS, the parties agree that no named Plaintiff is a member of either Disabilities Class, as defined in ECF No. 358;

WHEREAS, the parties agree that based on the data currently provided by Defendants, no person meets the definition of the Disabilities Injunction Class and that fewer than 10 persons meet the definition of the Disabilities Damages Class, as they are defined in ECF No. 358;

WHEREAS, the parties agree that both of the Disabilities Classes, as defined in ECF No. 358, should be decertified at this time;

WHEREAS, both parties preserve their rights to appeal all aspects of the Court's rulings, including on class certifications, class definitions, and class representatives;

WHEREAS, named Plaintiffs Brian Cavitt, Dmitry Khavkin, Steven Riddick, and Gary Wall, each of whom pled Americans with Disabilities Act ("ADA") and Rehabilitation Act ("RA") claims may continue to pursue those claims on an individual basis;

WHEREAS, the parties respectfully submit that hearing those ADA and RA claims jointly in a separate trial following adjudication of the class claims would best utilize judicial and party resources;

WHEREAS, the interests of justice would be served by decertification of the Disabilities Classes and adjudication of the individual ADA and RA claims in a separate trial;

NOW, THEREFORE, IT IS STIPULATED by and between the parties hereto through their respective counsel that: the Disabilities Injunction Class and Disabilities Damages Class be decertified pursuant to the terms outlined above and with permission of the Court;  and trial of the individual ADA and RA claims of named Plaintiffs Brian Cavitt, Dmitry Khavkin, Steven Riddick, and Gary Wall be deferred, with permission from the Court, until a final, appealable judgment has been entered in the trial on the class claims.

\*    \*    \*

Dated: May 2, 2023                              Respectfully submitted,

| | |
|---|---|
| */s/ Megan A. Crowley* | */s/ Maya M. Eckstein* |

Megan A. Crowley (*pro hac vice*)
Jared Frisch (*pro hac vice*)
Paul Wilson (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mcrowley@cov.com
jfrisch@cov.com
pwilson@cov.com

William O'Neil (*pro hac vice*)
Matthew Phelps (*pro hac vice*)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
woneil@cov.com
mphelps@cov.com

Vishal Agraharkar (VSB #93265)
Eden B. Heilman (VSB #93554)
Matthew Callahan (*pro hac vice*)
ACLU of Virginia
701 E. Franklin Street, Ste. 1412
Richmond, VA 23219
Telephone: (804) 644-8022
vagraharkar@acluva.com
eheilman@acluva.com
mcallahan@acluva.com

Kathryn Ali (VSB #97966)
Ali & Lockwood LLP
300 New Jersey Avenue, NW, Ste. 900
Washington, DC 20001
Telephone: (202) 651-2475
katie.ali@alilockwood.com

*Counsel for Class Plaintiffs*

Maya M. Eckstein (VSB #41413)
Thomas R. Waskom (VSB #68761)
Trevor S. Cox (VSB #78396)
R. Dennis Fairbanks (VSB #90435)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@HuntonAK.com
twaskom@HuntonAK.com
tcox@HuntonAK.com
dfairbanks@HuntonAK.com

Jason S. Miyares
Attorney General of Virginia
Margaret Hoehl O'Shea (VSB #66611)
Senior Assistant Attorney General,
Criminal Justice & Public Safety Division
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, VA 23219
Ph: (804) 786-2206
Fax: (804) 786-4239
moshea@oag.state.va.us

*Counsel for Defendants*

3

## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE, IT IS **ORDERED** that the Disabilities Injunction Class and Disabilities Damages Class are decertified and that the trial of the individual Americans with Disabilities Act and Rehabilitation Act claims of Brian Cavitt, Dmitry Khavkin, Steven Riddick, and Gary Wall is deferred, with permission from the Court, until a final, appealable judgment has been entered in the trial on the class claims.

DATED:  May 6, 2024

/s/  JAMES P. JONES
Senior United States District Judge