# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
April, 03 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
   DEPUTY CLERK

| | |
|---|---|
| WILLIAM THORPE, ET AL., | )<br>) |
| Plaintiffs, | ) Case No. 2:20CV00007<br>) |
| v. | ) **ORDER**<br>) |
| VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL, | ) JUDGE JAMES P. JONES<br>)<br>) |
| Defendants. | ) |

Before the court is the Plaintiffs' Motion for Expedited Briefing and Telephonic Hearing Schedule on their Motion for Protective Order (Motion). The Motion, ECF No. 488, is GRANTED IN PART AND DENIED IN PART.

Defendants must file a response to the Motion for Protective Order no later than April 9, 2025.

Plaintiffs are granted leave to file a reply provided it is filed no later than 3 days following the filing of defendants' response. The court shall hold a telephone or Zoom hearing within 5 days thereafter, at a date and time to be determined.

It is so **ORDERED**.

ENTER: April 3, 2025

/s/ JAMES P. JONES
Senior United States District Judge