```
                                              CLERKS OFFICE U.S. DIST. COURT
                                                    AT ABINGDON, VA
                                                         FILED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

January 29, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

| | |
|---|---|
| WILLIAM THORPE, ET AL., | ) |
| Plaintiffs, | ) Case No. 2:20CV00007 |
| v. | ) ORDER |
| VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL, | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

A virtual conference is scheduled with counsel for the parties and the Court on March 2, 2026, beginning at 10:00 a.m. To assist the Court, counsel is directed to confer and thereafter provide the Court with a proposed agenda for the conference, including a suggested trial date and other suggested deadlines. The proposed agenda shall be provided to the Court at least 7 days prior to the conference.

Remote public access to this virtual conference may be obtained telephonically through phone number (571) 353-2301, access code 665077461. An official court reporter will record the conference and recording by the parties or the public is prohibited.

It is so **ORDERED**.

ENTER: January 29, 2026

/s/ JAMES P. JONES
Senior United States District Judge