**CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED**

April 16, 2026

**LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

WILLIAM THORPE, *et al.*,

               *Plaintiffs*,

      v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

               *Defendants*.

CASE NO. 2:20-cv-00007-JPJ-PMS

## ORDER

By Opinion and Order entered on April 12, 2023, the court certified a Constitutional Violation Damages Class in this matter as follows:

> All persons who *at any time* from August 1, 2012, to the present have been confined at Red Onion [State Prison] or Wallens Ridge [State Prison] at the "Level S" or "Level 6" security levels and subjected to any phase of the Step-Down Program.

(Docket Item No. 299 at 36.) By Order entered on March 4, 2026, the court approved a class notice plan requiring that all members of the Constitutional Violation Damages Class be given notice and an opportunity to opt out of this class. (Docket Item No. 524.)

This matter is currently before the court on the Motion To Opt Out Class Action filed by Michael D. Edwards, ("Edwards"), (Docket Item No. 502) ("Motion"), who alleges that he would qualify as a member of the Constitutional Violation Damages Class. Based on the court-approved class notice plan, Edwards, if he is a member of the Constitutional Violation Damages Class, soon

1

will receive a Notice of Class Action containing instructions on how to opt out. *Edwards is advised that, to formally opt out, he must follow the instructions contained in the Notice of Class Action and notify class counsel of his request in writing clearly stating that he wishes to opt out of the Constitutional Violation Damages Class.*

Based on the above, the Motion is **DENIED** without prejudice to Edwards following the instructions provided in the Notice of Class Action to opt out of the Constitutional Violation Damages Class.

The Clerk's Office shall provide a copy of this Order to all counsel of record and to Edwards at Red Onion State Prison, P.O. Box 970, Pound, VA 24279.

**ENTERED:**     April 16, 2026.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE

2