# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

WILLIAM THORPE, *et al.*,

     *Plaintiffs,*

  v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

     *Defendants.*

CASE NO. 2:20-cv-00007-JPJ-PMS

## NOTICE OF 30(B)(6) DEPOSITION OF DEFENDANT VIRGINIA DEPARTMENT OF CORRECTIONS

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs William Thorpe, Frederick Hammer, Dmitry Khavkin, Gerald McNabb, Gary Wall, Vernon Brooks, Brian Cavitt, Derek Cornelison, Peter Mukuria, Steven Riddick, and Kevin Snodgrass (collectively, "Plaintiffs") will take the deposition by oral examination of the Virginia Department of Corrections ("VDOC") at a time and location mutually agreed between the parties.

The deposition is for all purposes permitted under the Federal Rules of Civil Procedure and Federal Rules of Evidence and will be taken before a notary public or other officer fully authorized by law to administer oaths. The deposition will be recorded stenographically by a court reporter and videotaped. It will continue from day to day, or as agreed by counsel, until completed.

Pursuant to Fed. R. Civ. P. 30(b)(6), VDOC is directed to designate one or more officers, directors, managing agents, or other persons to testify on its behalf regarding all topics set forth in the attached Schedule A. If more than one person is designated to testify, VDOC is requested to

1

notify counsel for Plaintiffs of the identity and position of employment of all designees and the topic(s) on which each person will testify no less than one week before the deposition.

As discovery in this case is ongoing, Plaintiffs reserve the right to amend or supplement this Notice of Deposition and corresponding Schedule A, and to re-depose VDOC or VDOC's representative(s) on new matters not identified in Schedule A. Plaintiffs reserve the right to seek relief from the Court if the designated deponent is not sufficiently prepared to testify on behalf of VDOC with respect to each of the topics identified below.

Dated: March 13, 2026

Respectfully Submitted,

*/s/ Jared Frisch*
Jared Frisch (pro hac vice)
Paul Wilson (pro hac vice)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
jfrisch@cov.com

Vishal Agraharkar (VSB #93265)
Geri Greenspan (VSB #76786)
ACLU of Virginia
701 E. Franklin Street, Ste. 1412
Richmond, VA 23219
Telephone: (804) 644-8022
vagraharkar@acluva.org
ggreenspan@acluva.org

Kathryn Ali (VSB #97966)
Ali & Lockwood LLP
501 H Street, NE, Ste. 200
Washington, DC 20002
Telephone: (202) 651-2475
katie.ali@alilockwood.com

Maxwell J. Kalmann
(pro hac vice)
1818 Library Street, 10th Floor

2

Reston, VA 20190
Telephone: (650) 586-1043
maxkalmann@meta.com

*Counsel for Plaintiffs*

## Schedule A

1. Any material changes to the conditions of confinement for people in the Step-Down Program (Level S and Level 6 phases) from March 1, 2023 to the present, whether according to policy or in practice, including but not limited to: security protocols; mandatory minimum periods of confinement in the Program; time out of cell; available programming; the conditions under which programming is provided; opportunities for congregate activities and interaction with other prisoners; opportunities for and access to opportunities for employment; available mental health services and the policies and practices related to mental health screenings, assessments and treatment; the development and use of the Safety Agreement in response to multiple incidents of self-inflicted burns; and privileges at each level of the program.

2. Any changes in the procedures used to review individuals' continued placement in and progress through the Step-Down Program from March 1, 2023 to the present, whether according to policy or in practice, including without limitation:

a. the policies and practices of the Dual Treatment Team in assigning prisoners to the Step-Down Program's Intensive Management Pathway or Special Management Pathway, and reviewing prisoners' progression from Level S to Level 6, as well as the primary personnel making those determinations and the criteria applied in making those determinations;

b. the policies and practices of the Institutional Classification Authority ("ICA") in evaluating prisoners' progress and determining prisoners' advancement through the Step-Down Program, the primary personnel involved with such ICA determinations, and the criteria applied as part of such ICA's reviews;

c. the policies and practices of the Building Management Committee ("BMC") in evaluating prisoners' progress and potential advancement through the Step-Down Program, the primary personnel involved in those evaluations, and the criteria applied as part of the BMC's

4

evaluations;

d. the policies and practices of the External Review Team ("ERT") in evaluating prisoners' progress and potential advancement through the Step-Down Program, the primary personnel involved in those evaluations, and the criteria applied as part of the ERT's reviews; and

e. any other policies and practices relating to permitting prisoners to progress out of the Step-Down Program and rejoin the general population at a Level 5 security level or below.

3. Any changes in the training provided to VDOC personnel who are responsible for supervising or implementing the Step-Down Program from March 1, 2023 to the present.

4. The underlying scientific basis for, and motivation or purpose behind, each change identified related to Topics (1) – (3).

5. The implementation of Va. Code §53.1-39.2 as it relates to the Step-Down Program since the effective date of that statute (July 1, 2023).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

WILLIAM THORPE, *et al.*,

        *Plaintiffs*,

    v.

VIRGINIA DEPARTMENT OF
CORRECTIONS, *et al.*,

        *Defendants*.

CASE NO. 2:20-cv-00007-JPJ-PMS

## CERTIFICATE OF SERVICE

I hereby certify that on the 13 day of March 2026, a true and accurate copy of the foregoing

Notice of 30(b)(6) Deposition of Defendant Virginia Department of Corrections was served by

electronic mail to counsel of record in this case.

Dated:  March 13, 2026

Respectfully submitted,

*/s/ Jared Frisch*
Jared Frisch (pro hac vice)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
jfrisch@cov.com

*Counsel for Plaintiffs*