# EXHIBIT 2



# Virginia Department of Corrections

| | |
|---|---|
| **Staff Training** | |
| **Operating Procedure 350.2** | |
| ***Training and Development*** | |

**Authority:**
Directive 350, *Staff Training*

**Effective Date:** July 1, 2024

**Amended:** 12/1/24, 4/17/25

**Supersedes:**
Operating Procedure 350.2, July 1, 2021

**Access:** ☐ Restricted    ☒ Public    ☐ Inmate

**ACA/PREA Standards:**
5-ACI-1C-23, 5-ACI-1D-09, 5-ACI-1D-11, 5-ACI-1D-12, 5-ACI-1D-13, 5-ACI-1D-14, 5-ACI-1D-15, 5-ACI-1D-16, 5-ACI-1D-17, 5-ACI-6A-35; 4-ACRS-7B-15, 4-ACRS-7B-16, 4-ACRS-7B-17, 4-ACRS-7B-17-1, 4-ACRS-7B-18, 4-ACRS-7D-08, 4-ACRS-7F-09; 4-APPFS-3A-14, 4-APPFS-3A-15, 4-APPFS-3A-16, 4-APPFS-3A-17, 4-APPFS-3A-18, 4-APPFS-3C-03, 4-APPFS-3E-06; 2-CI-6C-7, 2-CI-6C-7-1, 2-CI-6C-7-2; 2-CO-1D-02, 2-CO-1D-06, 2-CO-1D-07, 2-CO-1D-08; 1-CTA-1C-03-1, 1-CTA-3A-21, 1-CTA-3A-21-1, 1-CTA-3A-21-2, 1-CTA-3A-21-3, 1-CTA-3A-21-4; §115.15, §115.31, §115.32, §115.34, §115.35, §115.215, §115.231, §115.232, §115.234, §115.235

| | | | |
|---|---|---|---|
| **Content Owner/ Reviewer:** | Lamont Carrington<br>Training Director | *Signature Copy on File*<br><div align=center>Signature</div> | 6/6/24<br><div align=right>Date</div> |
| **Signatory:** | Joseph W. Walters<br>Deputy Director for Administration | *Signature Copy on File*<br><div align=center>Signature</div> | 6/17/24<br><div align=right>Date</div> |

## REVIEW

The Content Owner will review this operating procedure annually and re-write it no later than three years after the effective date.

## COMPLIANCE

This operating procedure applies to all units operated by the Virginia Department of Corrections (DOC). Practices and procedures must comply with applicable State and Federal laws and regulations, American Correctional Association (ACA) standards, Prison Rape Elimination Act (PREA) standards, and DOC directives and operating procedures.

Operating Procedure 350.2, *Training and Development*                              Effective Date: July 1, 2024

# Table of Contents

DEFINITIONS ........................................................................................................................................ 3

PURPOSE ............................................................................................................................................. 5

PROCEDURE ........................................................................................................................................ 5

    I.       Training Responsibilities........................................................................................................... 5

    II.      Attendance, Behavior, and Remedial Testing ........................................................................ 7

    III.    Training General Requirements ............................................................................................... 8

    IV.    Reasonable Accommodation Requests .................................................................................. 8

    V.     Training Extensions and Exemptions from Mandated Training Requirements ...................... 8

    VI.    Basic Skills Training ................................................................................................................. 9

    VII.   In-Service Training ................................................................................................................ 13

    VIII.  Training Required Due to Promotion ..................................................................................... 14

    IX.    Participation in Physically Challenging Programs ................................................................. 15

    X.     Special Topic Training ........................................................................................................... 15

REFERENCES...................................................................................................................................... 15

ATTACHMENTS .................................................................................................................................. 16

FORM CITATIONS ............................................................................................................................... 16

Operating Procedure 350.2, *Training and Development*                    Effective Date: July 1, 2024

## DEFINITIONS

**Academy (ASD)** - Any DCJS certified training school operated by the DOC; includes the Academy for Staff Development - Central Campus (ASD-C), Academy for Staff Development - Western Campus (ASD-W), Academy for Staff Development - Eastern Campus (ASD-E), and satellite academies (including institutional training schools).

**Basic Corrections Officer Training (BCO)** - Training conducted at institutional training schools and ASD campuses to meet mandated and required training for newly hired Corrections Officers.

**Certified Corrections Officer** - A Corrections Officer who has successfully completed all phases of BCO training, and whose *Basic Training Certification Sheet for Correctional Employees* 350_F37 has been signed by the Unit Head of the employing facility and forwarded to the ASD.

**DCJS Form 21 "Initial Appointment"** - A mandatory DCJS form submitted to the Academy for all new hires for security positions. (See Attachment 1 for sample)

**DCJS Form 31 "Employment Update"** - A mandatory DCJS form submitted to the Academy for all promotions, demotions, transfers, or terminations for security positions.  See Attachment 2 for sample.

**DCJS Form 35 "Department of Corrections Certification Sheet for Officers"** - A form for tracking and documenting a new Corrections Officer's completion of each phase of BCO training; must be completed for certification.

**DCJS Form 41 "Completion of Training"** - A form prepared by the ASD and submitted to DCJS to document completion of mandatory training requirements; not prepared or submitted by satellite academies.

**Department of Criminal Justice Services (DCJS)** - The agency with statutory authority to establish compulsory minimum entry-level, in-service, and advanced training standards for Corrections Officers, and time limits for completion of such training, qualifications for certification of criminal justice instructors, and standards for criminal justice training centers.

**Employee Development** - A structured process designed to expand, enhance, and strengthen an employee's knowledge, skills, and abilities within and beyond the scope of the employee's specific work function.

**Employee Orientation** - A program of introduction for employees, volunteers, and contract personnel new to the Department of Corrections or a Department of Corrections operating unit; orientation is in addition to and generally precedes any Basic Skills training related to the employee's specific position.

**Field Training** - A training program or activity sponsored and presented by a unit or agency within the DOC other than the Academy for Staff Development or a satellite academy.

**Field Training Officer (FTO)** - An experienced Corrections Officer selected and trained in supervising, training, and evaluating OITs in the application of their previously-acquired knowledge and skills.

**Hybrid Training** - A combination of in-person instruction and virtual learning methods.

**Mandated Training** - A training program mandated by state or federal law or regulations relative to the employee's competency or certification to perform specific work functions.

**Non-Custodial Staff, Non-Security Staff** - DOC staff employed in positions that do not require DCJS Corrections Officer Certification.

**Non-DOC Training** - A training program, seminar, conference, workshop, or academic coursework sponsored and presented by a public or private sector organization, college, or university.

**Organizational Unit Head** - The person occupying the highest position in a DOC unit, such as a correctional facility, regional office, probation and parole office, Virginia Correctional Enterprises (VCE), Academy for Staff Development, Corrections Construction Unit, Agribusiness Unit, and individual headquarters unit e.g., Human Resources, Offender Management, Internal Audit.

**Required Training** - A training program required to meet established Department of Corrections policies and procedures or Department of Criminal Justice Services standards relative to the employee's knowledge of and ability to perform work functions.

**Satellite Academy** - A training facility (normally at or in the vicinity of a major institution and referred to as an institutional training school), which operates under the authority of the Academy for Staff Development

**Satisfactory Completion** - Full participation in a training program and demonstrated proficiency/skill competency related to the program's learning objectives.

**Security Staff** - Corrections Officers as specified in COV §53.1-1, *Definitions,* to mean "a duly sworn employee of the Department of Corrections whose normal duties relate to maintaining immediate control, supervision and custody of prisoners confined in any state correctional facility" and whose mandatory training requirements are determined by DCJS.

**Training** - A series of structured learning experiences, excluding academic or technical school course work, designed to help employees acquire or enhance their knowledge, skills, and ability to understand and effectively perform their specific work duties.

**Training Credit** - The number of hours the employee is awarded by the DOC for verified participation in, and satisfactory completion of a training program or approved employee development program (including approved non-DOC training); DOC training credit may pertain to DCJS, ACA, or DOC training requirements. Training credit to meet specific training requirements will be designated at the time of award. Only training that is entered into the Virginia Learning Center (VLC) will be tracked for reporting purposes and recorded on the person's training transcript.

**Training Extension** - Additional time allowed for an employee to complete mandated entry level, in-service, or other specialized training; extensions for DCJS mandated training must be requested and approved in accordance with DCJS procedures.

**Training Exemption** - An employee who is not required to complete all or a portion of mandated training due to prior training, employment experience, demonstrated expertise of the training content, or the employee will not be performing a specific job function, i.e. handling a firearm in the performance of their duties; exemptions from DCJS compulsory (mandated) minimum training standards for entry level and in-service training must be requested and approved in accordance with DCJS procedures.

**Training Matrix –** Reference document that outlines the specific training requirements for agency personnel.

**Training Record** - The employee's official DOC training and development history that will be maintained by the ASD Registrar.

**Training Requirements** - Information showing training programs identified as meeting or as applicable to specific training standards.

**Officer-In-Training (OIT)** - A Corrections Officer who has not yet completed all phases of Basic Corrections Officer (BCO) training or whose DCJS Form 35 has not yet been signed by the Facility Unit Head and forwarded to the ASD.

**Virginia Learning Center (VLC)** - A web-based learning management system for the administration of employee training that includes course information, program schedules, electronic program registration/enrollment confirmation, training documentation, employee transcript management, supervisory oversight, and electronic course delivery.

**Virtual Training** - Training conducted in a virtual or simulated environment, also when the learner and the instructor are in separate locations. Virtual training environments are intended to simulate the traditional classroom or learning experience.

Operating Procedure 350.2, *Training and Development*                    Effective Date: July 1, 2024

# PURPOSE

This operating procedure ensures that all persons working in Department of Corrections (DOC) units receive high quality, work-related training including basic skills, in-service, and staff development.

# PROCEDURE

I.  Training Responsibilities

A.  The Academy for Staff Development (ASD) will:

1.  Ensure employee training and development activities are consistent with the current and projected needs of the DOC and that training resources are most effectively used to promote the mission, goals, and objectives of the DOC.

2.  Ensure that all DOC managers and employees are advised of established training requirements; that provisions are made to meet training requirements including staff development and in-service training; and that employees are advised of the programs available to meet these requirements (4-4048; 1-CTA-1C-01)

3.  Coordinate appropriate needs assessments and training design and development activities to ensure high quality, job-related training programs to address established learning objectives.

4.  Administer the process to properly document training program content and employee training participation.

5.  Provide official training documentation to Department of Criminal Justice Services (DCJS) including training schedules, mandated training curricula, required employee status information, and other program changes.

6.  Ensure that the Academy for Staff Development campuses and all academy satellite-training facilities meet DCJS academy certification standards.

7.  Represent the DOC and provide input into the formulation of all training rules promulgated by DCJS, American Correctional Association (ACA), and other state/federal agencies.

B.  Satellite Academies will:

1.  Maintain a training record file for each employee of the facility where the Satellite Academy is located. A region may require satellite academies within the region to maintain a duplicate training file for each employee of the Field Units and Community Corrections Facilities for which the satellite academy is the primary training provider.

2.  Maintain class folders, agendas, tests, and other documentation identified by the ASD or mandated by DCJS/ACA.

3.  Maintain a master copy of all trainer and participant lesson plans used.

4.  All DOC Field training should be properly and completely documented and submitted to the ASD Registrar's Office within 30 days after completion of the program to receive the appropriate training credit.

5.  The organizational unit head is designated by the Training Director to approve training credit for non-DOC courses of twenty hours or less under the conditions listed below, see *Training Credit Section* of Operating Procedure 350.1, *Training Administration*.

a.  Total training credit approved for an employee by the unit head may not exceed twenty hours per calendar year.

b.  The unit head may not approve training credit for any portion of mandated training or for any portion of specific programs required by DOC.

c.  The organizational unit head will complete the *Training Credit Approval* 350_F1 with attachments and submit to the ASD Training Director's office within 30 days of the training.

Operating Procedure 350.2, *Training and Development*                    Effective Date: July 1, 2024

C. Field Units and Community Corrections facilities will:

1. Maintain a training record file for each employee of the facility.

2. Forward copies of any training documentation received directly from the ASD, other satellite academies, or special training sessions to the satellite academy that is the primary training provider, if the ITO requires satellite academies to maintain duplicate training files for Field Unit and Community Corrections facility employees.

D. Organizational Unit Responsibilities

1. The organizational unit head has primary responsibility to identify and satisfy organizational training needs and to ensure that employees satisfy training mandates and requirements.

2. For security employees covered by DCJS, the HRO or designee will generate and submit Attachment 1, *Initial Appointment DCJS Form 21* or Attachment 2, *Employment Update DCJS Form 31*, as appropriate, to the ASD within 10 days of a personnel action.  Note: Time frame specified by DCJS.

   a. For lateral transfers, the *Form 31* will be generated and submitted by the HRO or designee of the facility from which the employee is transferring.

   b. For transfers resulting from a promotion, it will be the responsibility of the receiving facility's HRO or designee to forward the *Form 31* indicating the promotion in rank to the ASD within 10 days from the date of promotion.

3. Virginia Learning Center (VLC) accounts are automatically created for state employees through an interface with HR information systems, generally within 10 workdays.  For non-state employees, the unit head or designee will ensure that they are registered within 10 workdays so that they can begin registering for required training.

4. Supervisors and employees are jointly responsible for ensuring that employees complete training requirements established for their respective positions.

5. Supervisors will ensure that employees are aware of and understand their training requirements and will arrange work schedules to enable employees to attend the appropriate training.  Supervisors are strongly encouraged to develop individual employee development plans using the Employee Work Profile (EWP) to record and document these plans.

6. Whenever possible, employee work schedules will be managed to provide required training within the allotted number of work hours.  The DOC unit will be responsible for costs to reimburse staff for their time when training is conducted during off-duty hours. (5-ACI-1D-09)

7. Non-exempt employees may voluntarily attend training (in-person or virtual) on their rest days without incurring any compensation liability to the DOC if all the following conditions are met:

   a. Attendance at training is outside the employee's regular work schedule.  This includes rest days or workdays accounted for by annual leave approved in advance.

   b. Attendance at training is elective or voluntary.  This criteria specifically excludes any basic skills or in-service training directly related to the employee's current position and any training for which completion is a requirement of an employee to keep their employment with the DOC.  This criteria includes training that only incidentally improves the employee's skill in doing their current job or that gives new skills that could be used in any number of jobs within the agency.

   c. Attendance time does not include the performance of any productive work.

E. DOC employees who coordinate or deliver training programs will work in conjunction with the appropriate ASD training supervisor or designee to schedule programs based on the identified method of delivery.  All programs presented must meet DOC procedures and guidelines for proper documentation, and training credit approval.

Operating Procedure 350.2, *Training and Development*                    Effective Date: July 1, 2024

II.   Attendance, Behavior, and Remedial Testing

A. Daily class attendance will be recorded, certified as accurate by the instructor, and maintained as required by document retention regulations.

   1. Participants attending training, in-person and virtual, are required to be present for all classes and may not be placed on duty or on call except in cases of emergency.

   2. In the event a participant does not complete training in its entirety, a *Missed/Made Up Training Incident Report* 350_F19 must be generated.  Absences will be appropriately documented on the roster.  Participants will be responsible for any material missed during an absence.  Training credit will not be awarded for missed or incomplete training.  Participants must be present for the entire schedule course in order to receive complete training credit.  Partial credit will not be awarded.

   3. The Academy will charge the respective district/institution when an employee is absent and/or fails to cancel a scheduled training. The program/event must be canceled in the Virginia Learning Center (VLC) by 8am the Friday before the program is scheduled to start.  This applies to all programs to include Basic Skills for Corrections, virtual programming, conferences and special events. There will be a daily charge applied for each day of training missed without proper cancellation as noted above.  Cancellation via email and/or phone call will not be accepted.

B. Participants in all ASD training programs are expected to reflect professionalism by dressing appropriately for all training and/or while on Academy grounds. The following are considered appropriate:

   1. Professional or office casual dress appropriate for the season; Security personnel may wear DOC uniforms.

   2. Basic Corrections Officer students will wear DOC uniforms in accordance with standards.

   3. For activities such as physical training, defensive tactics, and range activities, other appropriate clothing may be worn in accordance with guidance from the program instructor.

   4. Participants will not wear clothing of style, color, or construction similar to inmate clothing i.e., orange shirts.

   5. Noncompliance with dress code may result in participants being dismissed from training.

C. Academy rules and regulations will be distributed to participants through program orientation and the *Academy Participants Guide*. A copy of the Participant Guide may be obtained from the Housing Supervisor.

   1. Operating Procedure 135.1, *Standards of Conduct*, will govern DOC employees.  Department of Human Resources Management (DHRM) Policy 1.60, *Standards of Conduct*, will govern all outside participants employed by the Commonwealth of Virginia.

   2. All violations that may be criminal in nature will be reported immediately to the Training Director, or designee.  The Training Director, or designee, will contact the DOC Special Investigations Unit or local law enforcement authorities.

   3. Minor violations of ASD rules and regulations should be addressed by the observing ASD staff member.  If the violation is not corrected, the observing Academy staff member will notify the Trainer or Training Supervisor responsible for the activity the participant is attending.

   4. All training participants staying in ASD housing will be provided a copy of Attachment 5, *Housing Rules, and Regulations* upon check-in.

   5. Academy staff that observe or become aware of a major violation of ASD rules and regulations will advise their supervisor immediately and complete an *ASD Incident Report* 350_F23.

D. The ASD will be responsible for procedures on testing, retesting, evaluation of performance, and minimum acceptable performance standards and requirements for training conducted by the DOC.

Operating Procedure 350.2, *Training and Development*                    Effective Date: July 1, 2024

Pass/Fail criteria should be established for all written and skill performance tests. Participants are to be advised of the criteria.

1. Failure to pass any portion of a program in three attempts will be documented on a *Missed/Made Up Training Incident Report* 350_F19 that will include recycle requirements.

2. Exceptions may be granted by the Training Director, or designee.

III.  Training General Requirements

A. All staff, including promoted or reassigned staff, will receive the training necessary to ensure that they possess the requisite knowledge, skills, and abilities before assuming assigned duties. (4-APPFS-3A-14)

B. Employees will complete all training necessary to meet minimum requirements specified by law, regulation, executive order, policy, or procedure.

C. Regular training is provided to staff on DOC procedures that specifically prohibit unlawful discrimination. (4-APPFS-3E-06)

D. Training requirements for employees are outlined in the *Training Matrix* located on iDOC.

E. When an employee transfers to another facility, their facility training file will be forwarded to the appropriate satellite academy. Field Units and Community Corrections units will forward the employee's training file to the new facility. Records should be forwarded within 14 days of the transfer.

IV.  Reasonable Accommodation Requests (1-CTA-1C-03-1)

A. Requests for reasonable accommodation received from individuals relating to testing, evaluation, or other training issues should be referred to the unit's HRO, ITO/Training Coordinator (if appropriate), Unit Head, and the appropriate Training Supervisor at the Academy for Staff Development.

B. The Training Supervisor, ITO, or Training coordinator will, in consultation with the Unit's HRO, and with the concurrence of the employee's unit head, determine the type and degree of accommodation that can be reasonably offered.

V.  Training Extensions and Exemptions from Mandated Training Requirements

A. Request for extension of the established timeframes and exemptions from specific training requirements must be submitted to the Training Director or designee using a *DCJS/ACA Training Extension Request TE2* 350_F24 or *DCJS/ACA Training Extension Request TE2* 350_F24a. Training extension requests should be submitted 30 days prior to expiration.

B. A training extension is an additional period of time, beyond the deadline established in procedure, for an employee to complete training.

1. In order to receive an extension, the employee must demonstrate a need that limits their ability to complete the training program within the established timeframe.

2. If approved, an extension will be in effect for a specific period of time; the employee must complete the training by the date the extension expires.

C. Types of Extensions:

1. DCJS Training Extension

a. DOC employees in correctional series positions are required to meet DCJS minimum training standards.

b. These standards are established by the Criminal Justice Services Board (CJSB) and have specific timeframes for completion.

c. The CJSB has promulgated specific criteria for the submission and approval of extension requests for compulsory entry level, in-service, and specialized training.

      d. The following are the circumstances provided in the rules for which extensions can be granted:

        i. Illness

        ii. Injury

        iii. Military Service

        iv. Special duty assignment required and performed in the public interest.

        v. Administrative leave involving the determination of worker's compensation or disability retirement issues, full-time educational leave or suspension pending investigation or adjudication of a crime.

        vi. Any other reason documented by the agency administrator. Such reason must be specified, and any approval granted will not exceed 90 days.

  2. DOC Training Extension

    a. All DOC employees have training requirements with established timeframes for completion.

    b. These requirements are outlined in the *Training Matrix* located on the Academy for Staff Development's iDOC page.

    c. If an employee, due to extenuating circumstances, cannot complete mandated training by the set deadline, the employee may request an extension of that deadline following the appropriate approval path as shown in Attachment 3, *Training Extension Process*.

    d. Factors that would warrant consideration are the same as those listed above for granting of a DCJS training extension.

    e. The process for requesting a training extension for DOC employees is outlined in the flow chart in the *Training Extension Process.*

D. Types of Exemptions (Waivers)

  1. DCJS Exemption from Compulsory Minimum Training Standards

    a. An exemption from all or part of the minimum training standards can be requested by DOC, for an employee in the correctional series, who has "prior experience and training" that is deemed to be sufficient to meet the applicable compulsory minimum training standards.

    b. All requests for DCJS exemption must be submitted by the Unit Head to the Training Director for review and processing.

      i. Requests must be submitted on the DCJS Form W-2, *Application for Exemption From Virginia Compulsory Minimum Training Standards*, within 30 days of employment.

      ii. Copies of this form can be obtained from ASD.

      iii. The request must include sufficient information about the employment background, training history, and current duties of the employee in question in order for the exemption application to be completed and forwarded to DCJS.

  2. The process to request an exemption from DCJS mandated training or non-DCJS, DOC required training is outlined in the flow chart, see Attachment 4, *Training Exemption Process*.

VI. Basic Skills Training

  A. The sophistication level and amount of training should be based on an employee's need to know and their job assignment. Training for all employees will, at a minimum, include the following: (2-CO-1D-02)

    1. Fire and emergency procedures.

    2. Safety procedure

    3. Interpersonal relations

    4. Report writing.

    5. Communication skills

    6. Sexual harassment



Operating Procedure 350.2, *Training and Development*                                    Effective Date: July 1, 2024

7. Current DOC initiatives

B. Non-Security Training Requirements

1. Employees in the following positions receive 40 hours of training in addition to orientation training during their first year of employment and 40 hours of training each year thereafter, in areas relevant to their position:

    a. Administrative and managerial staff (5-ACI-1D-11; 4-ACRS-7B-15; 4-APPFS-3A-15; 2-CI-6C-7; 2-CO-1D-07; 1-CTA-3A-21-1)

    b. Professional specialist employees who have inmate/probationer/parolee contact (5-ACI-1D-14; 4-ACRS-7B-15; 2-CI-6C-7)

    c. Support employees who have regular or daily contact with inmates (5-ACI-1D-15; 2-CO-1D-06; 2-CI-6C-7)

2. Clerical/support employees who have minimal contact with inmate/probationer/parolees receive 16 hours of training, in addition to their orientation training, during the first year of employment and 16 hours of training each year thereafter. (5-ACI-1D-16; 4-ACRS-7B-16; 4-APPFS-3A-16; 2-CI-6C-7-1; 2-CO-1D-08; 1-CTA-3A-21-2)

3. Part-time staff (less than 35 hours per week), volunteers, and contract personnel receive formal orientation appropriate to their assignments and additional training as needed. (5-ACI-1D-17; 4-ACRS-7B-18, 4-ACRS-7F-09; 4-APPFS-3A-18; 2-CI-6C-7-2; 1-CTA-3A-21-4)

4. Consultants and contract personnel who work with inmate/probationer/parolees are trained and informed in writing about the unit's policies on confidentiality of information and agree in writing to abide by them. (5-ACI-1C-23; 4-ACRS-7D-08; 4-APPFS-3C-03)

5. Contractors and volunteers with the DOC who have contact (or could have contact) with inmate/probationer/parolees will be trained on their responsibilities to prevent, detect, monitor, and report allegations and incidents of sexual abuse and sexual harassment of inmate/probationer/parolees and probationers. (§115.32, §115.232)

    a. The level and type of training provided to volunteers and contractors will be based on the services they provide and level of contact they have with inmate/probationer/parolees, but all volunteers and contractors who have contact with inmate/probationer/parolees will be notified of the agency's zero-tolerance policy regarding sexual abuse and sexual harassment and informed how to report such incidents.

    b. The facility will maintain documentation confirming that volunteers and contractors understand the training they have received.

    c. See Operating Procedure 027.1, *Volunteer Program and Internships*, for guidance on volunteer training.

    d. See Operating Procedure 102.6, *Staff Onboarding and Orientation*, for guidance on contractor training.

C. Facility staff will be trained in suicide prevention and intervention through a program that is reviewed and approved by the health authority and reviewed by the facility program administrator. This plan will include staff and inmate/probationer/parolee critical incident debriefing that covers the management of suicidal incidents, suicide watch, and suicides. (5-ACI-6A-35)

1. The facility suicide prevention and intervention program will include staff and inmate/probationer/parolee critical incident debriefing that covers the management of suicidal incidents, suicide watch, and suicides. It ensures a review of suicidal incidents, suicide watch, and suicides by administration, security, and health services.

2. All staff with responsibility for inmate/probationer/parolee supervision will be trained on an annual basis in the implementation of the program. Training should include but not be limited to:

    a. Identifying the warning signs and symptoms of impending suicidal behavior



b. Understanding the demographic and cultural parameters of suicidal behavior, including incidence and variations in precipitating factors

c. Responding to suicidal and depressed inmate/probationer/parolees

d. Communication between security and health care personnel

e. Referral procedures

f. Housing observation and suicide watch level procedures

g. Follow-up monitoring of inmate/probationer/parolees who make a suicide attempt.

D. All entry-level employees will attend the basic skills, introductory level, program for their particular job classification within the time frame established for that specific position. Employees are strongly encouraged to begin this training as soon as possible after starting employment.

E. Basic skills programs will be approved by the Training Director, in conjunction with the Corrections Administration Manager and Senior Deputy Director. Approval will be based on identified need and recommendations of the appropriate Deputy Director, or designee.

F. All basic skills programs should be performance-based, requiring satisfactory completion of all learning objectives as demonstrated by the participant's acceptable completion of performance tests related to the learning objectives.

G. Security Staff

1. All new Corrections Officers, and any other inmate/probationer/parolee care workers at Community Corrections Alternative Programs - CCAP, receive at least 120 hours of training, in addition to orientation, during their first year of employment. At a minimum this training covers the following areas: (5-ACI-1D-12; 4-ACRS-7B-17; 1-CTA-3A-21)

   a. Security and safety procedures

   b. Emergency and fire procedures

   c. Supervision of inmate/probationer/parolees

   d. Suicide intervention/prevention.

   e. Use-of-force.

   f. Inmate/probationer/parolee rights

   g. Key control

   h. Interpersonal relations

   i. Communication skills

   j. Standards of conduct

   k. Cultural awareness

   l. Sexual abuse/assault interventions

   m. Code of ethics

   n. Cross gender frisk searches and searches of transgender and intersex inmate/probationer/parolees in a professional and respectful manner and in the least intrusive manner possible consistent with security needs (§115.15[f], §115.215[f])

   o. Additional topics such as current initiatives may be added at the discretion of the agency or facility.

2. Basic Corrections Officer Training is provided in the following Phases. Each Phase must be completed successfully before progressing to the next Phase:

   a. Phase I - Orientation, conducted at the employing unit.

   b. Phase II - Institutional Training, conducted at a satellite academy, institutional training school.

   c. Phase III - Academy Training, conducted at the ASD.

   d. Phase IV - On the Job Training (OJT) with a Field Training Officer (FTO), conducted at the

employing unit. A Corrections Officer is certified upon successful completion of Phase IV.

e. The *Basic Training Certification Sheet for Correctional Employees* 350_F37 will be used to track and document a new Corrections Officer's completion of each phase of BCO training; must be completed for certification.

3. In addition to the orientation specified in Operating Procedure 102.6, *Staff Onboarding and Orientation*, all security staff will satisfactorily complete all phases of Basic Corrections Officer (BCO) training within 12 months of their date of hire as required by DCJS regulations 6VAC20-100-30, *Applicability* and 6VAC20-100-40, *Time requirement for completion of training*.

4. Basic Corrections Officer Training must begin no more than 30 calendar days after the date of hire. New employee orientation is not considered a part of BCO training. Prior to certification, new Corrections Officers may be assigned restricted duties as follows:

a. OITs assigned to (not observing) security posts while completing Phase IV training objectives must always work under the direct and immediate supervision of an FTO.

b. OITs, unless under the direct and immediate supervision of an FTO, may not carry or use security keys unless such use is to meet Phase IV objectives.

c. OITs may only carry or use firearms, chemical agents, impact weapons, electronic immobilization devices, or other security related devices under the direct and immediate supervision of an FTO, for the express purpose of meeting Phase IV objectives.

H. Non-Security Staff - Prior to assuming any duties at a facility, all newly hired, promoted, or transferred non-security staff must have complied with the orientation and training requirements specified in the current *Training Matri*x located on iDOC.

1. If an employee has met the training requirements within the last 24 months, the orientation and training does not need to be repeated.

a. If more than 24 months have passed, the individual will complete an institutional In-Service program.

b. If the employee did not initially complete an institutional training program appropriate to the position, it must be completed within the first 90 days in the position.

2. The Human Resource Officer and the Institutional Training Officer or unit training coordinator will ensure that the employee receives a unit orientation to include a briefing on current facility policies and procedures.

3. Non-Security staff will complete such specialized training as has been determined by the DOC to be appropriate to their duties.

4. All administrative and managerial staff will receive 40 hours of training in addition to the orientation during their first year of employment.

a. Mandated or required specialized training for a non-security employee will be completed within ninety days of hire date.

b. If more than ninety days will pass, the ASD should be notified of the need to schedule the particular class and/or an extension should be requested.

I. Basic Skills for P&P and Surveillance Officers

1. P&P Officers and Surveillance Officers must complete the *Basic Skills for Probation & Parole Pre-course Work Checklist* 350_F39 and submitted on to the first day of Basic Skills for Probation & Parole training.

2. All P&P and Surveillance Officers will receive 40 hours of training as soon as possible after their appointment but no later than one year, and 40 hours of training each year thereafter. (4-APPFS-3A-17; 1-CTA-3A-21-3)

3. P&P Officers must complete the *Post Basic Skills on the Job Training Checklist* 350_F40 within six



Operating Procedure 350.2, *Training and Development*                          Effective Date: July 1, 2024

months of completing Basic Skills for Probation and Parole.

VII.  In-Service Training

A. All current employees will attend the in-service training program that is mandated or required for their particular job classification according to time frames established in the *Training Matrix*.

B. The Training Director will approve In-Service training program agendas for curriculum content and scheduling.

C. All in-service training programs will comply with the satisfactory completion requirements in DCJS regulations, relevant ACA standards, and DOC operating procedures.  All in-service programs should be criterion-referenced, and performance tested where possible.

D. In-Service training classes will be scheduled and coordinated by the ASD and Institutional Training Officers.

E. The ITO or unit training coordinator should schedule In-Service training for all staff employed at the unit.

F. In-service training should be scheduled to avoid overloading of some satellite training facilities and underutilization of others.

G. Specialized training provided by another agency, completed for professional certification or qualification, or completed due to specialized job duties may meet some or all In-Service training requirements.  Upon written request, the Training Director or designee will identify those In-Service requirements that the training meets.

H. Prison Rape Elimination Act (PREA) In-service Requirements (§115.31[a, c], §115.231[a, c])

  1. In-service training programs will include refresher training on current DOC sexual abuse and sexual harassment policies and procedures and will cover the following areas:

    a. DOC zero-tolerance policy for sexual abuse and sexual harassment.

    b. How to fulfill responsibilities under agency sexual abuse and sexual harassment prevention, detection, reporting, and response policies and procedures.

    c. Inmate/probationer/parolee right to be free from sexual abuse and sexual harassment.

    d. The right of inmates/probationers/parolees and employees to be free from retaliation for reporting sexual abuse, sexual harassment, or for cooperating with an investigation into an allegation of sexual abuse or sexual harassment.

    e. The dynamics of sexual abuse and sexual harassment in confinement.

    f. The common reactions of sexual abuse and sexual harassment victims.

    g. How to detect and respond to signs of threatened and actual sexual abuse.

    h. How to avoid inappropriate relationships with inmates/probationers/parolees, see Operating Procedure 135.2, *Rules of Conduct Governing Employees Relationships with Inmates and Probationers/Parolees*.

    i. How to communicate effectively and professionally with inmates/probationers/parolees, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming individuals

    j. How to comply with relevant laws related to mandatory reporting of sexual abuse to outside authorities.

  2. Such training will be tailored to the gender of the inmates at the employee's facility.  The employee will receive additional training if the employee is reassigned from a facility that houses only male inmates to a facility that houses only female inmates, or vice versa. (§115.31[b], §115.231[b])

  3. The agency will document, through employee signature or electronic verification that employees understand the training they have received. (§115.31[d], §115.231[d])

4. Security Staff In-Service

   a. Corrections Officers, and any other inmate/probationer/parolee care workers at Community Corrections Alternative Programs – CCAP, will receive at least 40 hours of training annually. This training will include at a minimum the following areas: (5-ACI-1D-13; 4-4084-1; 4-ACRS-7B-17-1; 1-CTA-3A-21)

     i. Standards of conduct/ethics.

     ii. Security/safety/fire/medical/emergency procedures.

     iii. Supervision of inmate/probationer/parolees including training on the current DOC sexual abuse and sexual harassment policies and procedures. (§115.31[c], §115.231[c])

     iv. Use of force.

     v. Additional topics will be included based upon a needs assessment of both staff and facility requirements.

   b. Security staff will complete In-Service training requirements per this operating procedure and as mandated by DCJS.

   c. The ASD, with the approval of the appropriate Deputy Director, or designee, will determine the mandatory subjects for In-Service training.

     i. A Regional Administrator or organizational unit head may require additional training or specialized instruction but may not reduce training requirements or remove mandatory subjects.

     ii. Based on documented need, and after consulting with the Facility Unit Head, the ASD may adjust a facility's In-Service program.

   d. The ASD will ensure that In-Service training schedules and agendas are in compliance with DCJS and DOC requirements. These training schedules will be maintained and available for DOC, DCJS, or ACA review.

I. Non-Security Staff In-Service

1. Non-Security employees, employees of other agencies, and contractors' employees who work in DOC facilities will complete In-Service training as determined and required by this operating procedure, see *Training Matrix*.

2. Medical and mental health care practitioners will also receive the training mandated for employees or for contractors and volunteers depending upon the practitioner's status in the DOC. (§115.35[d], §115.235[d])

3. The organizational unit head may require additional training but may not reduce the minimum training requirement.

VIII. Training Required Due to Promotion

A. When a security employee is promoted at their current facility, Attachment 2, *Employment Update, DCJS Form 31* must be completed by the facility's HRO or designee and forwarded to the ASD within 10 days of the date of promotion. When a security employee is promoted at another unit that results in a transfer, then the *Form 31* must be completed by the receiving facility's HRO or designee and forwarded to the ASD within 10 days of the date of promotion.

B. New supervisors must complete the *Basic Skills for New Supervisors Pre-course Work Checklist*, 350_F36 within 90 days of promotion/hire date. The completed *Checklist* must be submitted on the first day of *Basic Skills for New Supervisors*.

C. New Supervisors will complete *Basic Skills for New Supervisors* (BSNS) training offered by the ASD during the first six months in the position. Until a new supervisor completes the required training, they should be partnered with an experienced supervisor of the same rank who will function as a mentor and coach.

D. *Basic Skills for New Supervisors* (BSNS) fulfills training requirements for newly appointed Probation and

Parole supervisors and managers. (4-APPFS-3A-15). This training covers at a minimum the following areas: supervisory skills, general management, labor law, employee-management relations, relationships with other service agencies, evidence-based practices for effective inmate/probationer/parolee intervention, and current initiatives. Forty hours of relevant training is received each year after.

IX. Participation in Physically Challenging Programs

A. It is the policy of the ASD to identify and assist individuals who need accommodation with physically challenging programs, where appropriate, pursuant to existing law and DOC guidelines.

B. Participants in a practical performance/physical challenging program will be required to read and sign a copy of the *Physical Training Safety Rules* 350_F33 and/or *Defensive Tactics Safety Rules* 350_F34 before beginning practical performance.

X. Special Topic Training

A. Special topic training programs will be approved by the Training Director, who serves as designee for the DOC Director, based upon identified need and the recommendation of the Chief Deputy Director or appropriate Deputy Director.

B. Special topic training may be mandated by a certifying or licensing agency or may be required by the DOC due to an individual's new or existing duties and responsibilities, or to gain or maintain a certification.

C. Vehicle Operations Training should be completed by all Corrections Officers who, in the performance of duties, are required to transport inmates/probationers/parolees by vehicular means.

D. P&P Officers and Surveillance Officers are required to successfully complete *Phase One of Driver Awareness* which is a computer-based training program. This program must be completed prior to *Basic Skills for Probation and Parole.*

E. Canine handlers must complete initial and ongoing training for their canine specialty in accordance with Operating Procedure 420.3, *Canine Operations Unit*.

F. PREA Investigators (§115.34, §115.234)

1. Sexual abuse and sexual harassment investigations will only be conducted by investigators who have received special training in sexual abuse investigations.

2. In addition to the general PREA training provided to all employees, facility investigators will receive specialized training in conducting sexual abuse investigations in confinement settings. Specialized training will include:

   a. Techniques for interviewing sexual abuse victims.

   b. Proper use of Miranda and Garrity warnings

   c. Sexual abuse evidence collection in confinement settings

   d. Criteria and evidence required to substantiate a case for administrative action or prosecution referral.

3. See Operating Procedures 030.4, *Office of Law Enforcement Services* and 038.3, *Prison Rape Elimination Act* (PREA) for guidance on the requirements for PREA Investigations.

# REFERENCES

COV § 53.1-1, *Definitions*

COV § 53.1-29*, Authority for correctional officers and other employees to carry weapons*

DCJS Regulation 6VAC20-100-30, *Applicability*

DCJS Regulation 6VAC20-100-40, *Time requirement for completion of training*



Operating Procedure 350.2, *Training and Development*                                    Effective Date: July 1, 2024

Department of Human Resources Management (DHRM) Policy 1.60, *Standards of Conduct*

Operating Procedure 027.1*, Volunteer Program and Internships*

Operating Procedure 030.4, *Office of Law Enforcement Services*

Operating Procedure 038.3, *Prison Rape Elimination Act* (PREA)

Operating Procedure 102.6, *Staff Onboarding and Orientation*

Operating Procedure 135.1, *Standards of Conduct*

Operating Procedure 135.2, *Rules of Conduct Governing Employees Relationships with Inmates and Probationers/Parolees*

Operating Procedure 350.1*, Training Administration*

Operating Procedure 420.3, *Canine Operations Unit*

## ATTACHMENTS

Attachment 1, *Initial Appointment DCJS Form 21*

Attachment 2, *Employment Update DCJS Form 31*

Attachment 3, *Training Extension Process*

Attachment 4, *Training Exemption Process*

Attachment 5, *Housing Rules, and Regulations*

## FORM CITATIONS

*Training Credit Approval* 350_F1

*Missed/Made Up Training Incident Report* 350_F19

*ASD Incident Report* 350_F23

*DCJS/ACA Training Extension Request TE* 350_F24

*DCJS/ACA Training Extension Request TE2* 350_F24a

*Physical Training Safety Rules* 350_F33

*Defensive Tactics Safety Rules* 350_F34

*Basic Skills for New Supervisors Pre-course Work Checklist*, 350_F36

*Basic Training Certification Sheet for Correctional Employees* 350_F37

*Basic Skills for Probation & Parole Pre-course Work Checklist* 350_F39

*Post Basic Skills on the Job Training Checklist* 350_F40