**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division**

| | | |
|---|---|---|
| WILLIAM THORPE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00007-JPJ-PMS |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendant Virginia Department of Corrections' Motion for a Protective Order Governing Rule 30(b)(6) Deposition (ECF No. _____, Motion), it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Schedule A to the Notice of 30(B)(6) Deposition of Defendant Virginia Department of Corrections attached as Exhibit 1 to the Motion is modified

- to strike the phrase "the development and use of the Safety Agreement in response to multiple incidents of self-inflicted burns" from Topic 1;

- to add "that resulted in material changes in the Subject Step-Down Program and its policies, practices, and conditions of confinement," to the end of Topic 3; and

- to modify Topic 4 as necessary to incorporate the changes ordered for Topics 1 and 3.

IT IS SO ORDERED.

Dated this ___ day of ___, 2026               By: _____