**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**180 WEST MAIN STREET, ROOM 104**
**ABINGDON, VIRGINIA 24210**

**OFFICIAL BUSINESS**

CHARLOTTE NC LPC 281

21 APR 2026 PM 02



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0011263232
FROM 24210

Package Tracking Label

RETURN TO SENDER ( )
NOT LEGAL MAIL ( )
NEED INMATE NAME NUMBER ( )
NO IDENTIFICATION INMATE NAME/NUMBER ( )
INMATE NOT IN VADOC ( )
UNAUTHORIZED CORRESPONDENCE ( )

Michael D. Edwards, #1408574
VDOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA

RECEIVED
RETURN TO SENDER ( )
NOT LEGAL MAIL ( )
NEED INMATE NAME/NUMBER ( )

Mail to be Opened in
Presence of Inmate.

APR 2 3 2026

LEGAL MAIL

NIXIE        274    FE 1        0005/16/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 24210285129        *2633-10186-21-32