CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
August 14, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **WILLIAM THORPE, et al.,** *Plaintiffs,* | ) | |
| **v.** | ) | **ORDER** |
| | ) | **Case No. 2:20cv00007** |
| **VIRGINIA DEPARTMENT OF CORRECTIONS, et al.,** *Defendants.* | ) | |

By Opinion and Order entered on April 12, 2023, the court certified a Constitutional Violation Damages Class in this matter as follows:

> All persons *who at any time* from August 1, 2012, to the present have been confined at Red Onion [State Prison] or Wallens Ridge [State Prison] at the "Level S" or "Level 6" security levels and subjected to any phase of the Step-Down Program.

(Docket Item No. 299 at 36.) By Order entered on March 4, 2026, the court approved a class notice plan requiring that all members of the Constitutional Violation Damages Class be given notice and opportunity to opt out of the class. (Docket Item No. 524.)

This matter is currently before the court on a pro se motion to be added as a plaintiff filed by Daniel Taylor, ("Taylor"), (Docket Item No. 553) ("Motion"), who alleges that he would qualify as a member of the Constitutional Violation Damages Class. Based on the court-approved class notice plan, Taylor, if he is a member of the Constitutional Violation Damages Class, has received notice of Class Action containing instructions on how to opt out. ***Taylor is advised that, if he qualifies as a member of the Constitutional Violation Damages Class, nothing further is***

***required of him to remain a member of the class.*** Taylor must give notice to class counsel only if he wishes to opt out of the Constitutional Violation Damages Class.

Based on the above, the Motion is **DENIED as moot.**

The Clerk's Office shall provide a copy of this Order to all counsel of record and to Taylor at Green Rock Correctional Center, 475 Green Rock Lane, Chatham, VA 24531.

**ENTERED:** August 14, 2026.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE