# Exhibit 11

FILED UNDER SEAL