**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA ABINGDON DIVISION**

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED
August 25, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ Robin Bordwine
DEPUTY CLERK

WILLIAM THORPE, et al.,

*Plaintiffs,*

V.

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.,*

*Defendants.*

Civil Case No. 2:20-cv-00007-JPJ-PMS

**ORDER ON PLAINTIFFS' MOTION TO FILE UNDER SEAL**

Having considered Plaintiffs' Motion to File Under Seal, (Docket Item No. 558) (“Motion”), the requirements of Local Rule 9 and the Stipulated Protective Order in place, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, and Exhibits 1 through 8 shall be filed under SEAL.

**It is so ORDERED**

**ENTERED:** August 25, 2026.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE