CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

September 11, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

**ABINGDON DIVISION**

**WILLIAM THORPE, *et al.*,**

***Plaintiffs*,**

**v.**

**VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,**

***Defendants*.**

**Civil Case No. 2:20-cv-00007-JPJ-PMS**

**ORDER GRANTNG PLAINTIFFS' MOTION TO RECONSIDER PORTIONS OF THE COURT'S SEPTEMBER 8, 2026 TRIAL MANAGEMENT ORDER**

The Court, having considered the papers and argument submitted in connection with Plaintiffs' Motion to Reconsider Portions of the Court's September 8, 2026, Trial Management Order, GRANTS the motion (Dkt. No. 587). It is **ORDERED** the Court's September 8, 2026, Order (Dkt. No. 575) is REVISED to read as follows:

1. Paragraph 5 is revised to state: "**Plaintiffs are** permitted as requested to have a total of four state incarcerated witnesses, two per day, along with the use of the U.S. Marshal's holding cells in the Courthouse for such witnesses, as arranged by Supervising Deputy U.S. Marshal James Satterwhite.";

2. The first sentence of Paragraph 9 is revised to state: "All **fact** witnesses, other than parties, will be excluded from the courtroom until called."; and

3. Paragraph 11 is revised to add: "**The Court may permit additional time each day starting October 5, 2026, to accommodate the October 13, 2026, dark day.**" The schedule may be revisited as trial progresses.

ENTER: September 11, 2026

/s/ JAMES P. JONES
Senior United States District Judge