**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Abingdon Division**

| | | |
|---|---|---|
| WILLIAM THORPE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:20-cv-00007-JPJ-PMS |

**DEFENDANTS' CONSENT MOTION TO DISMISS PLAINTIFFS' CONSTITUTIONAL CLAIMS AGAINST DEFENDANT STEVE HERRICK**

Defendants, with the consent of Plaintiffs, respectfully move under Federal Rule of Civil Procedure 41(a)(2), and, in the alternative, Rule 15(a)(2), for entry of an order dismissing Plaintiffs' constitutional claims against Defendant Steve Herrick.

In support, the parties state:

1. In their memorandum in opposition to Defendants' motion for summary judgment, Plaintiffs represented to the Court that, "in the interest of streamlining the issues for trial, Plaintiffs voluntarily dismiss their constitutional claims against Dr. Herrick." Pls.' Mem. in Opp'n to Defs.' Mot. for Summ. J. at 40 n.29, ECF No. 400.

2. Plaintiffs' constitutional claims against Defendant Herrick are their claims under 42 U.S.C. § 1983 for violation of the Due Process Clause of the Fourteenth Amendment (Count II) and the Eighth and Fourteenth Amendments (Count V).

3. This action is set for trial on Plaintiffs' constitutional claims. Plaintiffs' remaining claims against Defendant Herrick are not being tried at that trial and remain outstanding for later resolution.

4. No order has yet been entered giving effect to Plaintiffs' representation that they dismiss the constitutional claims against Defendant Herrick. The parties file this Consent Motion so that the pleadings and pretrial materials accurately reflect the claims to be tried.

5. Accordingly, the parties respectfully request that the Court dismiss Counts II and V as against Defendant Herrick with prejudice.

6. This Motion dismisses only Counts II and V, and only as against Defendant Herrick. It does not dismiss or affect (a) Plaintiffs' constitutional claims against any other Defendant; or (b) any other claim against Defendant Herrick, all of which remain pending and

are expressly preserved. Defendant Herrick remains a party to this action as to those claims. Nothing in this Motion reflects any agreement or concession by any party regarding the merits of any claim or defense.

7. This Motion does not affect the ability of any party to call Dr. Herrick as a live witness at the constitutional claims trial.

8. This Motion does not affect the ability of Plaintiffs to introduce Dr. Herrick's previously identified deposition testimony by designation during the constitutional claims trial, without needing to demonstrate that Dr. Herrick is unavailable with the meaning of Federal Rule of Evidence 804, with the understanding that his deposition testimony is not hearsay under Federal Rule of Evidence 801. Defendants reserve all other previously identified objections to specific portions of Dr. Herrick's deposition testimony under the Federal Rules of Evidence.

9. To the extent the Court determines that this dismissal requires notice or approval under Federal Rule of Civil Procedure 23(e), the parties respectfully request that the Court make those determinations as part of this Order.

WHEREFORE, the parties respectfully request that the Court enter the accompanying Proposed Order.

A proposed order is submitted herewith.

Date: September 30, 2026

Respectfully submitted,

/s/ *Maya M. Eckstein*

Maya M. Eckstein (VSB #41413)
R. Dennis Fairbanks (VSB #90435)
Kevin S. Elliker (VSB #87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@hunton.com
dfairbanks@hunton.com
kelliker@hunton.com

Lawrence K. DeMeo (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
Phone: (617) 648-2800
Fax: (617) 433-5022
ldemeo@hunton.com

Jay Jones
*Attorney General of Virginia*

D. Patricia Wallace (VSB #92964)
Assistant Attorney General,
Criminal Justice & Public Safety Division

OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, VA 23219
Ph: (804) 786-2206
Fax: (804) 786-4239
pwallace@oag.state.va.us

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

By: /s/ *Maya M. Eckstein*
Maya M. Eckstein