CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
October 02, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA**
**Abingdon Division**

WILLIAM THORPE, *et al.*,

Plaintiffs,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,

Defendants.

Case No. 2:20-cv-00007-JPJ-PMS

**ORDER**

Upon the parties' Consent Motion to Dismiss Plaintiffs' Constitutional Claims Against Defendant Steve Herrick, and for good cause shown, it is hereby ORDERED as follows:

1. Plaintiffs' claims against Defendant Steve Herrick under 42 U.S.C. § 1983, namely, Count II (Procedural Due Process), and Count V (Eighth and Fourteenth Amendments), are DISMISSED WITH PREJUDICE.

2. This dismissal is limited to Counts II and V as against Defendant Herrick. Plaintiffs' constitutional claims against all other Defendants, and all other claims against Defendant Herrick, remain pending and are unaffected. Defendant Herrick remains a party to this action as to those remaining claims.

3. This Order does not dismiss or affect any claim against any other Defendant, and all other claims, parties, and defenses remain for the constitutional claims trial.

4. This Order does not preclude any party to call Dr. Herrick as a live witness at the constitutional claims trial.

5. This Order does not affect the ability of Plaintiffs to introduce Dr. Herrick's previously identified deposition testimony by designation during the constitutional claims trial, without needing to demonstrate that Dr. Herrick is unavailable with the meaning of Federal Rule of Evidence 804, and with the understanding that his deposition testimony is not hearsay under Federal Rule of Evidence 801. Defendants reserve all other previously identified objections to specific portions of Dr. Herrick's deposition testimony under the Federal Rules of Evidence.

ENTER: Oct. 2, 2026

By: ______________________
James P. Jones
Senior United States District
Judge