**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

WILLIAM THORPE, *et al*.,

*Plaintiffs*,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS, *et al*.,

*Defendants*.

Civil Case No. 2:20-cv-00007-JPJ-SHJ

**JOINT STATUS REPORT**

Pursuant to this Court's October 3, 2026 order, ECF No. 651, Plaintiffs and Defendants respectfully submit this Joint Status Report to apprise the Court of the status of the parties' settlement negotiations, and state as follows:

1. On October 3, 2026, the parties reached an agreement in principle to resolve the above-captioned action on a class-wide basis, subject to the negotiation and execution of a final written settlement agreement and approval by the Court under Federal Rule of Civil Procedure 23(e). In light of the parties' agreement in principle, the parties requested that this Court stay all proceedings. The Court granted the parties' request and cancelled the trial scheduled to begin on October 5, 2026. ECF No. 651.

2. Since reaching the agreement in principle, the parties have exchanged a draft of a revised written settlement agreement memorializing the terms of the proposed class action settlement.

3. The parties are scheduled to confer on October 15, 2026, and will continue negotiating in good faith until they reach a final settlement agreement.

4. The parties will notify the Court within two (2) business days after the parties have executed a final settlement agreement.

5. If the parties have not executed such final agreement by October 23, 2026, they will file a further joint status report on that date advising the Court of the status of their negotiations.

6. Within thirty (30) days after the final settlement agreement is executed, Plaintiffs will file a motion for preliminary approval of the proposed class action settlement pursuant to Federal Rule of Civil Procedure 23(e). The motion will include a proposed schedule establishing deadlines for (a) dissemination of notice to class members; (b) submission of opt-out requests; (c) filing objections to the proposed settlement; (d) rescission of opt-out requests; and (e) Plaintiffs' filing of a motion for final approval of the settlement. The parties anticipate that, following the filing of the motion for final approval, the Court will hold a final fairness hearing pursuant to Federal Rule of Civil Procedure 23(e)(2).

7. The parties respectfully request that the stay of proceedings remain in effect pending execution of the final settlement agreement and the Court's consideration of the forthcoming motion for preliminary approval.

Dated: October 13, 2026

Respectfully submitted,

/s/ *Alexa Hansen*
Alexa Hansen (pro hac vice)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ahansen@cov.com

Jared Frisch (pro hac vice)
Paul Wilson (pro hac vice)
Neal Hoopes (pro hac vice)

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB #41413)
R. Dennis Fairbanks (VSB #90435)
Kevin S. Elliker (VSB #87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@hunton.com
dfairbanks@hunton.com

Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
jfrisch@cov.com
pwilson@cov.com

Geri Greenspan (VSB #76786)
Vishal Agraharkar (VSB #93265)
Eden B. Heilman (VSB #93554)
Julia Kahn (VSB #101714)
ACLU OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Telephone: (804) 523-2151
ggreenspan@acluva.org
vagraharkar@acluva.org
eheilman@acluva.org
jkahn@acluva.org

Kathryn Ali (VSB # 97966)
ALI & LOCKWOOD LLP
501 H. St. NE, Suite 200
Washington, DC 20002
Telephone: (202) 651-2475
katie.ali@alilockwood.com

Maxwell J. Kalmann (pro hac vice)
1818 Library Street, 10th Floor
Reston, VA 20190
(650) 586-1043
maxkalmann@meta.com

*Counsel for Plaintiffs*

kelliker@hunton.com

Lawrence K. DeMeo (Pro Hac Vice)
HUNTON ANDREWS KURTH LLP
60 State St., Suite 2400
Boston, MA 02109
Ph: (617) 648-2800
Fax: (617) 443-5022
ldemeo@hunton.com

Jay Jones
*Attorney General of Virginia*

D. Patricia Wallace (VSB #92964)
*Assistant Attorney General,*
*Criminal Justice & Public Safety Division*

OFFICE OF THE ATTORNEY
GENERAL
202 North Ninth Street
Richmond, VA 23219
Ph: (804) 786-2206
Fax: (804) 786-4239
pwallace@oag.state.va.us

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

/s/ *Alexa Hansen*
Alexa Hansen (pro hac vice)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ahansen@cov.com