**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| WILLIAM THORPE, *et al.*,<br>*Plaintiffs*,<br>v.<br>VIRGINIA DEPARTMENT OF CORRECTIONS, *et al.*,<br>*Defendants*. | Civil Case No. 2:20-cv-00007-JPJ-SHJ |

**SECOND JOINT STATUS REPORT**

Plaintiffs and Defendants respectfully submit this Second Joint Status Report, as contemplated by the parties' October 13, 2026 Joint Status Report, ECF No. 653, to update the Court on the status of their settlement efforts. The parties state as follows:

1. As the parties previously reported, they reached an agreement in principle on October 3, 2026, to resolve this action on a class-wide basis, subject to execution of a final written settlement agreement and the Court's approval under Federal Rule of Civil Procedure 23(e). ECF No. 653 ¶ 1.

2. The parties have continued to make progress toward finalizing the written settlement agreement. Since their last report, the parties have exchanged further revised drafts and met and conferred on October 15 and October 22, 2026, to address outstanding issues. The parties will continue to negotiate in good faith toward a final agreement.

3. The parties anticipate executing a final settlement agreement no later than November 13, 2026, and will notify the Court within two (2) business days of execution.

4. If a final settlement agreement has not been executed by November 13, 2026, the parties will file a further joint status report on that date.

5. Consistent with the parties' prior report, Plaintiffs will move for preliminary approval of the proposed class settlement under Rule 23(e) within thirty (30) days after the final settlement agreement is executed. ECF No. 653 ¶ 6.

6. Accordingly, the parties respectfully request that the stay of proceedings remain in effect pending execution of the final settlement agreement and the Court's ruling on Plaintiffs' motion for preliminary approval.

Dated: October 23, 2026

Respectfully submitted,

/s/ *Alexa Hansen*
Alexa Hansen (pro hac vice)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ahansen@cov.com

Jared Frisch (pro hac vice)
Paul Wilson (pro hac vice)
Neal Hoopes (pro hac vice)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
jfrisch@cov.com
pwilson@cov.com

Geri Greenspan (VSB #76786)
Vishal Agraharkar (VSB #93265)
Eden B. Heilman (VSB #93554)
Julia Kahn (VSB #101714)
ACLU OF VIRGINIA
P.O. Box 26464
Richmond, VA 23261
Telephone: (804) 523-2151
ggreenspan@acluva.org
vagraharkar@acluva.org
eheilman@acluva.org
jkahn@acluva.org

/s/ *Maya M. Eckstein*
Maya M. Eckstein (VSB #41413)
R. Dennis Fairbanks (VSB #90435)
Kevin S. Elliker (VSB #87498)
HUNTON ANDREWS KURTH LLP
951 E. Byrd St.
Richmond, VA 23219
Ph: (804) 788-8200
Fax: (804) 788-8218
meckstein@hunton.com
dfairbanks@hunton.com
kelliker@hunton.com

Lawrence K. DeMeo (Pro Hac Vice)
HUNTON ANDREWS KURTH LLP
60 State St., Suite 2400
Boston, MA 02109
Ph: (617) 648-2800
Fax: (617) 443-5022
ldemeo@hunton.com

Jay Jones
*Attorney General of Virginia*

D. Patricia Wallace (VSB #92964)
*Assistant Attorney General,*
*Criminal Justice & Public Safety Division*

OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street

Kathryn Ali (VSB # 97966)
ALI & LOCKWOOD LLP
501 H. St. NE, Suite 200
Washington, DC 20002
Telephone: (202) 651-2475
katie.ali@alilockwood.com

Maxwell J. Kalmann (pro hac vice)
1818 Library Street, 10th Floor
Reston, VA 20190
(650) 586-1043
maxkalmann@meta.com

*Counsel for Plaintiffs*

Richmond, VA 23219
Ph: (804) 786-2206
Fax: (804) 786-4239
pwallace@oag.state.va.us

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all CM/ECF participants.

*/s/ Alexa Hansen*
Alexa Hansen (pro hac vice)
Covington & Burling LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000
ahansen@cov.com